# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE INDEPENDENCE PROJECT, INC.** : <br> *A NEW JERSEY NON PROFIT CORPORATION*: <br> : <br> **v.** : <br> : <br> **CEDAR 2129 OREGON AVENUE, LLC** : <br> *A PENNSYLVANIA LIMITED LIABILITY* : <br> *COMPANY* : | **CIVIL ACTION NO. 18-3077** |

## O R D E R

This  1st  day of   April  , 2019, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

**BY:**     /s/ Patricia Clark
         Civil Deputy to Judge McHugh

Copies EMAILED on 4/01/19 to:

cc: David S. Dessen, Esquire
    John P. Fuller, Esquire
    Christopher Charles Nana-Sinkam, Esquire
    Jay E. Kagan, Esquire
    Katharine Virginia Hartman, Esquire